THE MEAD CORP., APPELLANT, *v.* SCHNEIDER, TAX COMMR., APPELLEE.

(No. 40463—Decided March 15, 1967.)

*Messrs. Smith & Schnacke, Mr. Howard N. Thiele, Jr., Messrs. Dargusch & Day* and *Mr. Carlton S. Dargusch, Jr.,* for appellant.

*Mr. William B. Saxbe,* attorney general, and *Mr. Edgar L. Lindley,* for appellee.

*Per Curiam.* The operative facts in the instant case are substantially the same as those in the case of *Ohio Ferro-Alloys Corp.* v. *Donahue, Tax Commr.,* 7 Ohio St. 2d 29. The decision of the Board of Tax Appeals is affirmed on authority of that case.

*Decision affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, KERNS and BROWN, JJ., concur.

KERNS, J., of the Second Appellate District, sitting for SCHNEIDER, J.